RECEIVED

OCT 19 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:20-CV-901-P

Dear Clerk of Court                    10-13-2020

    I am writing to confirm that the packet containing the paperwork for Amy Robertson and Rose Myers was recived. On Sept 29, 2020 we mailed the packet through legal mail. On Sept 30, 2020 I got a copy back saying need more postage. I did as I was told and the night of Sept 30th I placed the postage in the mail box. On Oct 8th I was told that the mail room never received the postage. On Oct 9th 2020 the mail room said that they sent my packet out. See Att #2. Thank you for your time.

*Amy Robertson*

If you have not recived the packet could you send me a new packet so I can refile the packet to file a class action law suit and to pro se in forma-pauperis.

Amy Robertson
Reg #12574-028
FMC Carswell
P.O. Box 27137
Fort Worth, TX. 76127

POSTAGE DUE
43.65

Must Provide additional postage by 10-5-20
Place postage in envelope with your name
and Reg. # addressed to the MAIL ROOM.

U.S. District Court
office of the Clerk
501 W. Tenth St.  Room 316
Fort North, TX. 76102



AH: #1

TRULINCS  12574028 - ROBERTSON, AMY - Unit: CRW-F-A

--------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 12574028
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/09/2020 01:27:02 PM

No we did not get the stamps, however we went put the extra postage on and sent it out yesterday.

>>> ~^!"ROBERTSON, ~^!AMY" <12574028@inmatemessage.com> 10/9/2020 12:45 PM >>>
To:
Inmate Work Assignment: ina

on the 30th of sept i got a postage needed paper i did what i was told and put the stamps in a envople that same night in the
mail box to the mail room and now i was told yesterday that yall did not get them

Name _____Amy Robertson_____
Reg. No. _____12574-028_____
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT TX
FORT WORTH DIVISION
RECEIVED

OCT 19 PM 12: 35

DEPUTY CLERK_____

76102-364185

NORTH TEXAS TX P&DC
DALLAS TX 750
16 OCT 2020  PM 3  L



Energy in a wireless nation

FOREVER US

United States District Court
office of the Clerk
Northern District of Texas
501 West Tenth St, Room 310
Forth, Worth, TX 76102